Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

# UNITED STATES DISTRICT COURT

2022 AUG 10 P 4: 58

for the

Southern District of Georgia

CLERK

Augusta Division

SO. DIST. OF GA.

|  |  |
|---|---|
| James Lamont Taylor<br><br>_Plaintiff(s)_<br>_(Write the full name of each plaintiff who is filing this complaint._<br>_If the names of all the plaintiffs cannot fit in the space above,_<br>_please write "see attached" in the space and attach an additional_<br>_page with the full list of names.)_<br><br>-v-<br><br>Carvana, LLC<br><br>_Defendant(s)_<br>_(Write the full name of each defendant who is being sued. If the_<br>_names of all the defendants cannot fit in the space above, please_<br>_write "see attached" in the space and attach an additional page_<br>_with the full list of names.)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV122-107<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_  ☐ Yes  ☑ No |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | James Lamont Taylor |
| Street Address | 2023 Ashley Drive |
| City and County | Augusta; Richmond |
| State and Zip Code | Georgia; 30906 |
| Telephone Number | (706) 631-6774 |
| E-mail Address | jltaylor1914@yahoo.com |

    B.    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Carvana, LLC
Dealership; Finance Company
63 Pierce Road
Winder, N/A
Georgia; 30680 - 7280
(800) 333-4554
N/A

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*



N/A

N/A

N/A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Title 15 USC 1662, 15 USC 1691, 15 USC 1602 Equal Credit Opportunity Act., 15 USC 1681

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual
          The plaintiff, *(name)* N/A , is a citizen of the
          State of *(name)* N/A .

   b.     If the plaintiff is a corporation
          The plaintiff, *(name)* N/A , is incorporated
          under the laws of the State of *(name)* N/A ,
          and has its principal place of business in the State of *(name)*
          N/A .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual
          The defendant, *(name)* N/A , is a citizen of
          the State of *(name)* N/A . Or is a citizen of
          *(foreign nation)*

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .



*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

N/A

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

After searching for vehicles via carvana.com since 05/19/2022, and entering my personal information for their financing options and terms, Carvana requires a down payment for me to proceed with a vehicle, even though I am trying to proceed utilizing consumer credit transaction. (Exhibit, page 1). Requesting a down payment discriminates against my rights as a creditor. Credit is excluded from adverse actions after consumer credit transaction is completed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am requesting complete ownership (title) of any vehicle of my choice. I am also requesting the extension of credit that was received via any/all consumer credit transactions be extended directly to me. Since a down payment was requested, although a consumer credit transferred was preferred, I am requesting $ one million in punitive damages because of missed diabetic appointments, and job opportunities. Carvana still request down payments and I have gained nothing from consumer credit transactions.

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   07/26/2022

Signature of Plaintiff   *James Lamont Taylor*

Printed Name of Plaintiff   James Lamont Taylor

### B.      For Attorneys

Date of signing:   N/A

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

N/A

**SEARCH CARS**   **SELL/TRADE**   **FINANCING** ▾   **CAR FINDER**   **MY CARVANA**

Used Cars / Mercedes-Benz / C-300

odels or keywords                                                                                    C 300 ✕      Mercedes-Ben:

| ▾ | MAKE & MODEL ▾ | BODY TYPE ▾ | YEAR & MILEAGE ▾ | FEATURES ▾ | MORE FILTE |

LOCATION   AUGUSTA, GA ▾                SOF



z C-Class

$551/mo
$7,300 cash down

sday



Get it by Wednesday

CARVANA CERTIFIED

**2017 Mercedes-Benz C-Class**

C 300  · 71,586 miles

$578/mo
**$25,990**          $7,600 cash down

Free Shipping · Arrives Wednesday

Get it by Wednesday

CARVANA CERTIFIED

**2016 Mercedes-Benz C-Class**

C 300  · 66,491 miles

$580/mo
**$26,590**          $7,900 cash down

Free Shipping · Arrives Wednesday



Get it by Thursday

CARVANA CERTIFIED

**2015 Mercedes-Benz C-(**

C 300  · 35,081 miles

**$26,990**

Arrives Thursday





Great Deal



Get it by Wednesday

