# United States District Court
## Southern District of Georgia

IN RE: JAMES LAMONT TAYLOR LITIGATION

JUDGMENT IN A CIVIL CASE

CASE NUMBER:
CV 122-085
CV 122-089
CV 122-094
CV 122-095
CV 122-105
CV 122-106
CV 122-107
CV 122-113
CV 122-114
CV 122-115

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 25, 2022, the Magistrate Judge's Report and Recommendation, to which no objections have been filed, is adopted as the Court's opinion; therefore, the above-captioned cases are dismissed without prejudice.  These cases stand closed.



10/25/2022
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Aabalza*
(By) Deputy Clerk